# Third District Court of Appeal

## State of Florida

Opinion filed November 4, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1600
Lower Tribunal No. 19-2948
_____

**The State of Florida,**
Appellant,

vs.

**Alejandro Sese,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Ashley Moody, Attorney General, and Jeffrey R. Geldens, Assistant Attorney General, for appellant.

Law Offices of Kawass, P.A., and Kristen A. Kawass, for appellee.

Before LOGUE, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.